# Exhibit 2

| Def No. | Storename | Located in file | Page |
|---|---|---|---|
| 1 | A30263C3GQSQO0 | Exh. 2 - part 1.pdf | 3 |
| 2 | baoweinongmujia | Exh. 2 - part 1.pdf | 6 |
| 3 | Fengzhuokai | Exh. 2 - part 1.pdf | 11 |
| 4 | Gaoshengwu | Exh. 2 - part 1.pdf | 15 |
| 5 | GFAYGDUAGDU | Exh. 2 - part 1.pdf | 18 |
| 6 | Linshengwu | Exh. 2 - part 1.pdf | 22 |
| 7 | Mud Kingdom | Exh. 2 - part 1.pdf | 26 |
| 8 | Ningaoxing | Exh. 2 - part 1.pdf | 31 |
| 9 | qiancanwjm | Exh. 2 - part 1.pdf | 35 |
| 10 | qichunxianxinchenfuzhuangshanghanggerenduzi | Exh. 2 - part 1.pdf | 39 |
| 11 | Rossi Vession | Exh. 2 - part 1.pdf | 43 |
| 12 | Shenzhen Aoxikang E-commerce Co., Ltd. | Exh. 2 - part 1.pdf | 45 |
| 13 | shenzhenshihongzhinankejiyouxiangongsi | Exh. 2 - part 1.pdf | 49 |
| 14 | SWIFTECOM-US | Exh. 2 - part 1.pdf | 53 |
| 15 | wenchupoDZ | Exh. 2 - part 1.pdf | 56 |
| 16 | Yunongl | Exh. 2 - part 1.pdf | 60 |
| 17 | Zhiguozha | Exh. 2 - part 1.pdf | 64 |
| 18 | ZunHuaShiDaHaoShangMaoYouXianGongSi | Exh. 2 - part 1.pdf | 68 |
| 19 | yangcollect888 | Exh. 2 - part 1.pdf | 71 |
| 20 | zoekicks717 | Exh. 2 - part 1.pdf | 77 |
| 21 | Oletty | Exh. 2 - part 1.pdf | 84 |
| 22 | suro shopping | Exh. 2 - part 1.pdf | 88 |
| 23 | ZHIHUAXIA Shop | Exh. 2 - part 1.pdf | 91 |

DEF NO.: 1, STORENAME: A30263C3GQSQO0 
STOREURL: amazon.com/sp?seller=A30263C3GQSQO0

| | |
|---|---|
| 356,701 |  |



DEF NO.: 1, STORENAME: A30263C3GQSQO0 

STOREURL: amazon.com/sp?seller=A30263C3GQSQO0



Amazon.com Seller Profile:

Ask Gemini

amazon.com/s?me=A30263C3GQSQO0&marketplaceID=ATVPDKIKX0DER

霆磊Y1

Visit the 霆磊Y1 storefront

Just launched | No feedback yet

Men's Trifold Wallet with Surrou...

$17.11

Add to cart

Protected by A-to-z Guarantee

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

**Amazon's A-to-z Guarantee**

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

**Detailed Seller Information**

**Business Name:** changshachuntingleishangmaoshanghang(gerenduzi)

**Business Address:**

雨花区

雨花亭街道树木岭路345号世茂璀璨天城C栋1010室-D297

长沙市

湖南

410000

CN

DEF NO.: 1, STORENAME: A30263C3GQSQO0 

STOREURL: amazon.com/sp?seller=A30263C3GQSQO0



DEF NO.: 2, STORENAME: baoweinongmujia 

STOREURL: amazon.com/sp?seller=A402F2IT1729S

| | |
|---|---|
| 356,701 |  |



DEF NO.: 2, STORENAME: baoweinongmujia
STOREURL: amazon.com/sp?seller=A402F2IT1729S





DEF NO.: 2, STORENAME: baoweinongmujia 
STOREURL: amazon.com/sp?seller=A402F2IT1729S



DEF NO.: 2, STORENAME: baoweinongmujia 9
STOREURL: amazon.com/sp?seller=A402F2IT1729S

Amazon.com: Men's Leather RF
Amazon.com Seller Profile: bao
Ask Gemini
amazon.com/sp?ie=UTF8&seller=A402F2IT1729S&asin=B0C1K1ZBWV&ref_=dp_merchant_link

# baoweinongmujia

Visit the baoweinongmujia storefront

Just launched | No feedback yet



**Men's Leather RFID Wallet Zipper...**

$18.98

Add to cart

Protected by A-to-z Guarantee

delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** taikangxianbaoweinongmujiatingnongchang
**Business Address:**
太康县老冢镇柳叶行政村
柳叶村68号
周口市
河南
461400
CN

## Shipping Policies

## Other Policies

## Help

## Products

 

Order Details ×  +   Ask Gemini

amazon.com/your-orders/order-details?orderID=113-1657678-1635462&ref=ppx_yo2ov_dt_b_fed_order...

amazon prime | Deliver to Chicago 60606 | All | Search Amazon | EN | Hello, Erik Account & Lists | Returns & Orders | 0 Cart

All | alexa for shopping | Health AI | Same-Day Delivery | Medical Care | Buy Again | Keep Shopping For | Music | Customer Service

Your Account › Your Orders › Order Details

# Order Details

Order placed May 22, 2026 | Order # 113-1657678-1635462

View invoice

**Ship to**
Natasha Daffin
200 W MADISON ST STE 2100
CHICAGO, IL 60606-3521
United States
Change shipping address

**Payment method**
VISA Visa ending in 6165
View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $18.98 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $18.98 |
| Estimated tax to be collected: | $1.95 |
| **Grand Total:** | **$20.93** |

**Arriving June 4 - June 15**



Men's Leather RFID Wallet Zipper Bifold Wallet for Men ID card Window Credit Card Coin Photo Multifunction Card Slots Gift for Him Men's Money Clip Zipper Wallet Coin Purse,Dark brown
Sold by: baoweinongmujia
$18.98
Buy it again

Track package
Cancel items
Write a product review
Change Payment Method

**Buy it again** View All & Manage    Page 1 of 25

STOREURL: amazon.com/sp?seller=A3DQ8GBQM2HZ0O

| | |
|---|---|
| 356,701 |  |



DEF NO.: 3, STORENAME: Fengzhuokai

STOREURL: amazon.com/sp?seller=A3DQ8GBQM2HZ0O



STOREURL: amazon.com/sp?seller=A3DQ8GBQM2HZ0O



STOREURL: amazon.com/sp?seller=A3DQ8GBQM2HZ0O



| | |
|---|---|
| 356,701 |  |
| 2,726,253 |  |



DEF NO.: 4, STORENAME: Gaoshengwu



STOREURL: amazon.com/sp?seller=A1JQPEC1RKAIG9






DEF NO.: 4, STORENAME: Gaoshengwu 

STOREURL: amazon.com/sp?seller=A1JQPEC1RKAIG9



DEF NO.: 5, STORENAME: GFAYGDUAGDU 

STOREURL: amazon.com/sp?seller=ATQ7WOGC6WTS8

| | |
|---|---|
| 356,701 |  |



DEF NO.: 5, STORENAME: GFAYGDUAGDU 
STOREURL: amazon.com/sp?seller=ATQ7WOGC6WTS8



DEF NO.: 5, STORENAME: GFAYGDUAGDU 

STOREURL: amazon.com/sp?seller=ATQ7WOGC6WTS8

Amazon.com: GENTERUN Fit fo ×   Amazon.com Seller Profile: GFA ×   +   Ask Gemini

amazon.com/sp?ie=UTF8&seller=ATQ7WOGC6WTS8&asin=B0H5JTS7FF&ref_=dp_merchant_link

# GFAYGDUAGDU

Visit the GFAYGDUAGDU storefront

Just launched | No feedback yet



**GENTERUN Fit for Home Cafe Res...**

$34.63

Add to cart

**Protected by A-to-z Guarantee**

delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** Zibo Lutong Outdoor Expansion Co., LTD

**Business Address:**

张店区
科苑街道办事处中润大道56号1-2层112号
淄博市
山东省
255022
CN

## Shipping Policies

## Other Policies

## Help

## Products


Order Details
Ask Gemini
amazon.com/your-orders/order-details?orderID=113-4038029-2050654&ref=ppx_yo2ov_dt_b_fed_order_details
amazon prime
Deliver to
Chicago 60606
All
Search Amazon
EN
Hello, Erik
Account & Lists
Returns
& Orders
0
Cart
All
alexa for shopping
Early Prime Day
30-Minute Delivery
Buy Again
NASCAR prime
LIVE NOW
Your Account › Your Orders › Order Details
Order Details
Order placed June 21, 2026 | Order # 113-4038029-2050654
View invoice
Ship to
Rossana Daffin
200 W MADISON ST STE 2100
CHICAGO, IL 60606-3521
United States
Change shipping address
Payment method
VISA Visa ending in 6165
View related transactions
Order Summary
Item(s) Subtotal: $34.63
Shipping & Handling: $0.00
Total before tax: $34.63
Estimated tax to be collected: $3.55
Grand Total: $38.18
Arriving July 8 - July 17
GENTERUN Fit for Home Cafe Restaurant Denim Kitchen Apron Stain Stylish Workwear(Stripe)
Sold by: GFAYGDUAGDU
$34.63
Track package
Cancel items
Write a product review
Change Payment Method
Pick up where you left off See more
Page 1 of 3

DEF NO.: 6, STORENAME: Linshengwu

STOREURL: amazon.com/sp?seller=A3FDCT6K8C7AZZ

| | |
|---|---|
| 356,701 |  |




Sweejim Men Denim Jacket Ameri
amazon.com/dp/B0H2V3PXCS?th=1&psc=1

DEF NO.: 6, STORENAME: Linshengwu 

STOREURL: amazon.com/sp?seller=A3FDCT6K8C7AZZ



Amazon.com Seller Profile: Linsher

amazon.com/s?me=A3FDCT6K8C7AZZ&marketplaceID=ATVPDKIKX0DER

Linshengwu

Visit the Linshengwu storefront

44% positive lifetime (9 total ratings)

Sweejim Men Denim Jacket Amer...

$105.99

Add to cart

Protected by A-to-z Guarantee

**Detailed Seller Information**

**Business Name:** TONGSHANXIANLINWUBAIHUODIAN

**Business Address:**

通羊镇嘉和城三楼605号

（自主申报）

咸宁

通山县

湖北

437600

CN

**Shipping Policies**

**Other Policies**

**Help**

**Products**

See all products currently offered by the seller.

Leave seller feedback

**Buy it again** View All & Manage

Page 1 of 7

DEF NO.: 6, STORENAME: Linshengwu
STOREURL: amazon.com/sp?seller=A3FDCT6K8C7AZZ





DEF NO.: 7, STORENAME: Mud Kingdom 
STOREURL: amazon.com/sp?seller=A3QO6P21VO5ZIV

| | |
|---|---|
| 356,701 |  |



DEF NO.: 7, STORENAME: Mud Kingdom

STOREURL: amazon.com/sp?seller=A3QO6P21VO5ZIV




MUDKINGDOM


Amazon.com Seller Profile: Mu
Ask Gemini
amazon.com/sp?ie=UTF8&seller=A3QO6P21VO5ZIV&asin=B0C53NBBWV&ref_=dp_merchant_link&isAmazonFulfilled=1
Mud Kingdom
Visit the Mud Kingdom storefront
97% positive in the last 12 months (101 ratings)
Mud Kingdom Boys Girls Overalls...
$19.99
Add to cart
Share your thoughts with other customers
Leave seller feedback
"Good quality, great fit for my 6 year old son. Great price."
By Art- Stunning on May 22, 2026.
"Nice uniform shirt the color is vibrant. Hopefully it will hold up well in the wash. I paid a great price for it as it was a limited time deal. Overall I am ver..."
Read more
By Thomas on May 5, 2026.
"Adorable!"
By Shannon on May 4, 2026.
Previous Next
Return & Refund Policies
Please refer to the Amazon.com Return Policy .
Detailed Seller Information
Business Name: Hangzhou Le Guang E-Business Co.,Ltd
Business Address:
瓶窑镇凤城路2-1号2幢2楼203室
杭州市
余杭区
浙江
311115
CN
Shipping Policies

DEF NO.: 7, STORENAME: Mud Kingdom 

STOREURL: amazon.com/sp?seller=A3QO6P21VO5ZIV

Order Details

amazon.com/your-orders/order-details?orderID=112-7928926-6851401&ref=ppx_yo2ov_dt_b_fed_order_details

Deliver to Chicago 60606 | All | Search Amazon | EN | Hello, Cole Account & Lists | Returns & Orders | 0 Cart

All | alexa for shopping | Health AI | 3 Hour Delivery | Amazon Haul | Medical Care | Buy Again | Groceries | Livestreams | Today's Deals | Pharmacy | Amazon Basics | Prime

Your Account › Your Orders › Order Details

# Order Details

Order placed May 28, 2026 | Order # 112-7928926-6851401

View invoice

**Ship to**
Bodi Lokken
200 W MADISON ST STE 2100
CHICAGO, IL 60606-3521
United States
Change shipping address

**Payment method**
VISA Visa ending in 6896
View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $19.99 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $19.99 |
| Estimated tax to be collected: | $2.05 |
| **Grand Total:** | **$22.04** |

**Arriving Monday**



Mud Kingdom Infant Boys Overalls Cotton Plain Adjustable Straps Casual Spring Autumn Black 12-18 Months
Sold by: Mud Kingdom
$19.99
Buy it again

Track package
Cancel items
Ask Product Question
Write a product review
Change Payment Method

**Pick up where you left off** See more



Niking Auto Amber LED



Nilight 4 Inch LED Light



Amber LED Cubes



Rough Country 2 Inch

DEF NO.: 8, STORENAME: Ningaoxing 
STOREURL: amazon.com/sp?seller=A11IIEORTB2R75

| | |
|---|---|
| 356,701 |  |




Men's Color-Blocked Collar Denim
amazon.com/gp/product/B0H4YPNXFY/ref=ewc_pr_img_1?smid=A11IIEORTB2R75&th...

DEF NO.: 8, STORENAME: Ningaoxing



STOREURL: amazon.com/sp?seller=A11IIEORTB2R75




Order Details
amazon.com/your-orders/order-details?orderID=114-8073343-8261809&ref=ppx_yo2o...
Deliver to Chicago 60606
Search Amazon
Hello, Erik Account & Lists
Returns & Orders
Cart
All
alexa for shopping
Prime Day
30-Minute Delivery
Whole Foods
Buy Again
Subscribe & Save
Amazon Haul
Prime Day ends in 11:50:42
Your Account › Your Orders › Order Details
Order Details
Order placed June 26, 2026
Order # 114-8073343-8261809
View invoice
Ship to
Shaunna Daffin
200 W MADISON ST STE 2100
CHICAGO, IL 60606-3521
United States
Change shipping address
Payment method
Visa ending in 6165
View related transactions
Order Summary
Item(s) Subtotal: $107.45
Shipping & Handling: $0.00
Total before tax: $107.45
Estimated tax to be collected: $11.01
Grand Total: $118.46
Arriving July 14 - July 23
Men's Color-Blocked Collar Denim Jacket Multi-Pocket Washed, Loose Casual Jacket
Sold by: Ningaoxing
$107.45
Track package
Problem with order
Cancel items
Write a product review
Change Payment Method
Buy it again View All & Manage
Page 1 of 22

DEF NO.: 9, STORENAME: qiancanwjm 

STOREURL: amazon.com/sp?seller=AN75XDFXMNQQ6

| | |
|---|---|
| 356,701 |  |



DEF NO.: 9, STORENAME: qiancanwjm 
STOREURL: amazon.com/sp?seller=AN75XDFXMNQQ6



DEF NO.: 9, STORENAME: qiancanwjm 
STOREURL: amazon.com/sp?seller=AN75XDFXMNQQ6

Amazon.com Seller Profile: qian ×  +  Ask Gemini

amazon.com/sp?ie=UTF8&seller=AN75XDFXMNQQ6&asin=B0GXPVMDGW&ref_=dp_merchant_link

# qiancanwjm

Visit the qiancanwjm storefront

Just launched | No feedback yet



**LUIJHFC Men's Wallet Retro Zipp...**

$74.27

Add to cart

**Protected by A-to-z Guarantee**

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** guangzhouqiancanshangmaoyouxiangongsi
**Business Address:**
增城区新塘镇业景街2号（厂房A2）
五楼K778
广州市
广东省
511340
CN

## Shipping Policies

## Other Policies

## Help

DEF NO.: 9, STORENAME: qiancanwjm 

STOREURL: amazon.com/sp?seller=AN75XDFXMNQQ6



STOREURL: amazon.com/sp?seller=A3S5WCVM33XQ9I

| | |
|---|---|
| 356,701 |  |



DEF NO.: 10, STORENAME: qichunxianxinchenfuzhuangshanghanggerenduzi 40
STOREURL: amazon.com/sp?seller=A3S5WCVM33XQ9I



DEF NO.: 10, STORENAME: qichunxianxinchenfuzhuangshanghanggerenduzi 
STOREURL: amazon.com/sp?seller=A3S5WCVM33XQ9I



DEF NO.: 10, STORENAME: qichunxianxinchenfuzhuangshanghanggerenduzi 42
STOREURL: amazon.com/sp?seller=A3S5WCVM33XQ9I



DEF NO.: 11, STORENAME: Rossi Vession 
STOREURL: amazon.com/sp?seller=A2W8OTVG2JHFHX

| | |
|---|---|
| 356,701 |  |





Amazon.com Seller Profile: R
Ask Gemini
amazon.com/s?me=A2W8OTVG2JHFHX&marketplaceID=ATVPDKIKX0DER

## Rossi Vession

Visit the Rossi Vession storefront
★★★★★ 100% positive in the last 12 months (10 ratings)

pochento Men's Retro PU Leather...
$9.99
Add to cart

★★★★★ "★★★★★ Excelente vendedor, 100% recomendadoEl producto llegó a tiempo y en perfectas condiciones. Es exactamente lo que se describía en la publicación. El vended... "
Read more
By Juan Castillo on June 8, 2026.

★★★★★ "I was so touched by the seller's service that I must recommend it to my friends! "
By Lawrence Menard on May 7, 2026.

Previous Next

**Return & Refund Policies**

Please refer to the Amazon.com Return Policy .

**Detailed Seller Information**

**Business Name:** Shenzhen Rossi Vession Technology Co., Ltd
**Business Address:**
龙岗区
坂田街道象角塘社区中浩金裕城工业园F栋厂房C409
深圳市
广东省
518129
CN



Order Details
Ask Gemini
amazon.com/your-orders/order-details?orderID=114-3660585-8819405&ref=ppx_yo2ov_dt_b_fed_order_details

amazon prime | Deliver to Chicago 60602 | All | Search Amazon | EN | Hello, Erik Account & Lists | Returns & Orders | 0 Cart

All | alexa for shopping | 30-Minute Delivery | Buy Again | Amazon Haul | Erik's Amazon.com | Registry | Pharmacy | VS | 08 : 07 : 24

Your Account › Your Orders › Order Details

## Order Details

Order placed July 9, 2026 | Order # 114-3660585-8819405 | View invoice

**Ship to**
Bianca Daffin
200 W MADISON ST STE 2100
CHICAGO, IL 60606-3521
United States
Change shipping address

**Payment method**
VISA Visa ending in 6165
View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $9.99 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $9.99 |
| Estimated tax to be collected: | $1.02 |
| **Grand Total:** | **$11.01** |

**Arriving tomorrow**

pochento Men's Retro PU Leather Bifold Wallet, Vintage Embossed Short Purse with Zipper Pocket, Multi Card Slots & Clear ID Window, Casual Business Wallet
Sold by: Rossi Vession
$9.99
Buy it again

Track package
Cancel items
Ask Product Question
Write a product review
Change Payment Method

| | |
|---|---|
| 356,701 |  |


Amazon.com: Denim Apron For Ki
amazon.com/dp/B0H6D1XCJD?th=1&psc=1

DEF NO.: 12, STORENAME: Shenzhen Aoxikang E-commerce Co., Ltd. 
STOREURL: amazon.com/sp?seller=A3JDFAD93JOEOS



DEF NO.: 12, STORENAME: Shenzhen Aoxikang E-commerce Co., Ltd. 
STOREURL: amazon.com/sp?seller=A3JDFAD93JOEOS



DEF NO.: 12, STORENAME: Shenzhen Aoxikang E-commerce Co., Ltd. 

STOREURL: amazon.com/sp?seller=A3JDFAD93JOEOS



DEF NO.: 13, STORENAME: shenzhenshihongzhinankejiyouxiangongsi 
STOREURL: amazon.com/sp?seller=A3O4YZDMRT390D

| | |
|---|---|
| 356,701 |  |



DEF NO.: 13, STORENAME: shenzhenshihongzhinankejiyouxiangongsi 50
STOREURL: amazon.com/sp?seller=A3O4YZDMRT390D



DEF NO.: 13, STORENAME: shenzhenshihongzhinankejiyouxiangongsi 51
STOREURL: amazon.com/sp?seller=A3O4YZDMRT390D

Amazon.com: Kitchen Home De ✕ | Amazon.com Seller Profile: sher ✕ | + | Ask Gemini

amazon.com/sp?ie=UTF8&seller=A3O4YZDMRT390D&asin=B0H4F5ZQV8&ref_=dp_merchant_link

Set Google Chrome as your default browser and pin it to your taskbar | Set as default

# shenzhenshihongzhinankejiyouxiangongsi

Visit the shenzhenshihongzhinankejiyouxiangongsi storefront

Just launched | No feedback yet



**Kitchen Home Denim Apron**

$56.11

Add to cart

**Protected by A-to-z Guarantee**

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** shenzhenshihongzhinankejiyouxiangongsi
**Business Address:**
龙岗区吉华街道水径社区吉华路达成工业区3号
厂房303
深圳市
广东
518100
CN

## Shipping Policies

## Other Policies

## Help

DEF NO.: 13, STORENAME: shenzhenshihongzhinankejiyouxiangongsi 
STOREURL: amazon.com/sp?seller=A3O4YZDMRT390D

Order Details

amazon.com/your-orders/order-details?orderID=113-0424606-8305058&ref=ppx_yo2ov_dt_b_fed_order_details

Set Google Chrome as your default browser and pin it to your taskbar Set as default

amazon prime | Deliver to Chicago 60606 | All | Search Amazon | EN | Hello, Erik Account & Lists | Returns & Orders | 0 Cart

All | alexa for shopping | Early Prime Day | 30-Minute Delivery | Buy Again | NASCAR prime | LIVE NOW

Your Account › Your Orders › Order Details

# Order Details

Order placed June 21, 2026 | Order # 113-0424606-8305058

View invoice

**Ship to**
Roslyn Daffin
200 W MADISON ST STE 2100
CHICAGO, IL 60606-3521
United States
Change shipping address

**Payment method**
VISA Visa ending in 6165
View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $56.11 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $56.11 |
| Estimated tax to be collected: | $5.75 |
| **Grand Total:** | **$61.86** |

**Arriving July 13 - July 27**



Kitchen Home Denim Apron(Love)
Sold by: shenzhenshihongzhinankejiyouxiangongsi
$56.11

Track package
Cancel items
Write a product review
Change Payment Method

STOREURL: amazon.com/sp?seller=A1730AHIV4R8VH

| | |
|---|---|
| 356,701 |  |



DEF NO.: 14, STORENAME: SWIFTECOM-US 54
STOREURL: amazon.com/sp?seller=A1730AHIV4R8VH

Amazon.com Seller Profile: S\

Ask Gemini

amazon.com/s?me=A1730AHIV4R8VH&marketplaceID=ATVPDKIKX0DER

## SWIFTECOM-US

Visit the SWIFTECOM-US storefront

★★★★☆ | 73% positive lifetime (60 total ratings)



svlftecon Unisex Long Wallet RFI...

$17.99

Add to cart

Protected by A-to-z Guarantee

### Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

### Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

### Detailed Seller Information

**Business Name:** shanghaiqinxiangdianzishangwuyouxiangongsi
**Business Address:**
墨玉路185号
1层J
上海
嘉定区
上海
201805
CN

DEF NO.: 14, STORENAME: SWIFTECOM-US 

STOREURL: amazon.com/sp?seller=A1730AHIV4R8VH



DEF NO.: 15, STORENAME: wenchupoDZ 
STOREURL: amazon.com/sp?seller=A3HW67C1SPAZ2

| | |
|---|---|
| 356,701 |  |




Amazon.com: HUJNQLMK Deta
Ask Gemini
amazon.com/gp/product/B0GWD13K61/ref=ox_sc_act_title_1?smid=A3HW67C1SPAZ2&th=1
Sty
Ite
Se
proc

DEF NO.: 15, STORENAME: wenchupoDZ 58
STOREURL: amazon.com/sp?seller=A3HW67C1SPAZ2

Amazon.com: HUJNQLMK Deta | Amazon.com Seller Profile: wen | Ask Gemini

amazon.com/sp?ie=UTF8&seller=A3HW67C1SPAZ2&asin=B0GWD13K61&ref_=dp_merchant_link

# wenchupoDZ

Visit the wenchupoDZ storefront

Just launched | No feedback yet



**HUJNQLMK Detachable hand tow...**

$14.99

Add to cart

Protected by A-to-z Guarantee

delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** xiamenshiwenchupodianzishangwushanghanggerenduzi

**Business Address:**

龙凤区
卧里屯街道化建街筑安小区二委5号楼4单元201
大庆市
黑龙江
163000
CN

## Shipping Policies

## Other Policies

## Help

## Products

Order Details

Ask Gemini

amazon.com/your-orders/order-details?orderID=113-1182074-5373828&ref=ppx_yo2ov_dt_b_fed_order_details

amazon prime | Deliver to Chicago 60606 | All | Search Amazon | EN | Hello, Erik Account & Lists | Returns & Orders | 0 Cart

All | alexa for shopping | Early Prime Day | 30-Minute Delivery | Buy Again | Music | Subscribe & Save | Registry | Prime

Your Account › Your Orders › Order Details

# Order Details

Order placed June 16, 2026 | Order # 113-1182074-5373828

View invoice

**Ship to**
Sharita Daffin
200 W MADISON ST STE 2100
CHICAGO, IL 60606-3521
United States

Change shipping address

**Payment method**
VISA Visa ending in 6165

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $14.99 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $14.99 |
| Estimated tax to be collected: | $1.54 |
| **Grand Total:** | **$16.53** |

**Arriving July 9 - July 23**



HUJNQLMK Detachable hand towel, denim apron, kitchen and household, waist circumference, stain and workwear
Sold by: wenchupoDZ
$14.99

Buy it again

Track package
Cancel items
Write a product review
Change Payment Method

**Buy it again** View All & Manage

Page 1 of 25

DEF NO.: 16, STORENAME: Yunongl 
STOREURL: amazon.com/sp?seller=A2TAKWK7BJZCGN

| | |
|---|---|
| 356,701 |  |




Pohullan Men Denim Jacket Contr
amazon.com/gp/product/B0H6DPR7MS/ref=ewc_pr_img_1?smid=A2TAKWK7BJZCGN&...

DEF NO.: 16, STORENAME: Yunongl 
STOREURL: amazon.com/sp?seller=A2TAKWK7BJZCGN

Amazon.com Seller Profile: Yunon

amazon.com/s?me=A2TAKWK7BJZCGN&marketplaceID=ATVPDKIKX0DER

Yunongl

Visit the Yunongl storefront

25% positive lifetime (4 total ratings)



Pohullan Men Denim Jacket Cont...

$95[94]

Add to cart

Protected by A-to-z Guarantee

**Detailed Seller Information**

**Business Name:** wuhanshihongshanquyunongbaihuodian

**Business Address:**

洪山区文荟街1号
丽岛柳园北区11栋21号商铺
武汉市
湖北
430070
CN

**Shipping Policies**

**Other Policies**

**Help**

**Products**

See all products currently offered by the seller.

Leave seller feedback

**Buy it again** View All & Manage

Page 1 of 7



DEF NO.: 16, STORENAME: Yunongl 
STOREURL: amazon.com/sp?seller=A2TAKWK7BJZCGN


Order Details
amazon.com/your-orders/order-details?orderID=114-2473586-0584205&ref=ppx_yo2o...

amazon prime | Deliver to Shaunta Chicago 60606 | All | Search Amazon | EN | Hello, Erik Account & Lists | Returns & Orders | 0 Cart

All | alexa for shopping | Prime Day | 30-Minute Delivery | Whole Foods | Buy Again | Subscribe & Save | Amazon Haul | Prime Day ends in 11:43:15

Your Account › Your Orders › Order Details

# Order Details

Order placed June 26, 2026 | Order # 114-2473586-0584205 | View invoice

**Ship to**
Shaunta Daffin
200 W MADISON ST STE 2100
CHICAGO, IL 60606-3521
United States
Change shipping address

**Payment method**
VISA Visa ending in 6165
View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $95.94 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $95.94 |
| Estimated tax to be collected: | $9.83 |
| **Grand Total:** | **$105.77** |

**Arriving July 14 - July 23**

Pohullan Men Denim Jacket Contrast Color Vintage Washed Cotton Distressed Workwear Fall Jacket
Sold by: Yunongl
$95.94

Track package
Problem with order
Cancel items
Write a product review
Change Payment Method

**Buy it again** View All & Manage | Page 1 of 22

DEF NO.: 17, STORENAME: Zhiguozha

STOREURL: amazon.com/sp?seller=A1ZHA3V2C50JXO

| | |
|---|---|
| 356,701 |  |




Amazon.com: Men Spring Single B
amazon.com/gp/product/B0GSZ6CYQ7/ref=ox_sc_act_title_1?smid=A1ZHA3V2C50...

STOREURL: amazon.com/sp?seller=A1ZHA3V2C50JXO




Order Details
amazon.com/your-orders/order-details?orderID=114-4990234-1738620&ref=ppx_...
amazon prime
Deliver to Chicago 60606
All
Search Amazon
EN
Hello, Erik Account & Lists
Returns & Orders
0 Cart
All
alexa for shopping
Prime Day
30-Minute Delivery
Whole Foods
Buy Again
Subscribe & Save
Amazon Haul
Prime Day ends in 08:16:42
Your Account › Your Orders › Order Details
Order Details
Order placed June 26, 2026 | Order # 114-4990234-1738620
View invoice
Ship to
Shawna Daffin
200 W MADISON ST STE 2100
CHICAGO, IL 60606-3521
United States
Change shipping address
Payment method
VISA Visa ending in 6165
View related transactions
Order Summary
Item(s) Subtotal: $77.45
Shipping & Handling: $4.99
Total before tax: $82.44
Estimated tax to be collected: $7.94
Grand Total: $90.38
Arriving July 14 - July 23
Men Spring Single Breasted Pocket Denim Unisex Baseball Retro Top Jacket Black Gray9 4XL
Sold by: Zhiguozha
$77.45
Track package
Problem with order
Cancel items
Write a product review
Change Payment Method
Pick up where you left off See more
Page 1 of 9

DEF NO.: 18, STORENAME: ZunHuaShiDaHaoShangMaoYouXianGongSi 
STOREURL: amazon.com/sp?seller=AT1CO24UII6WX

| | |
|---|---|
| 356,701 |  |



DEF NO.: 18, STORENAME: ZunHuaShiDaHaoShangMaoYouXianGongSi 
STOREURL: amazon.com/sp?seller=AT1CO24UII6WX



DEF NO.: 18, STORENAME: ZunHuaShiDaHaoShangMaoYouXianGongSi 70
STOREURL: amazon.com/sp?seller=AT1CO24UII6WX

Place Your Order - Amazon Check | Order Details

amazon.com/your-orders/order-details?orderID=114-8500889-9497856&ref=ppx_yo2o...

amazon prime | Deliver to Chicago 60606 | All | Search Amazon | EN | Hello, Erik Account & Lists | Returns & Orders | 0 Cart

All | alexa for shopping | Prime Day | 30-Minute Delivery | Whole Foods | Buy Again | Subscribe & Save | Amazon Haul | Prime Day ends in 08:30:21

Your Account › Your Orders › Order Details

# Order Details

Order placed June 26, 2026 | Order # 114-8500889-9497856 | View invoice

**Ship to**
Shawanna Daffin
200 W MADISON ST STE 2100
CHICAGO, IL 60606-3521
United States
Change shipping address

**Payment method**
VISA Visa ending in 6165
View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $70.73 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $70.73 |
| Estimated tax to be collected: | $7.25 |
| **Grand Total:** | **$77.98** |

**Arriving July 22 - July 30**



UOEKJUHN Men's Button Down Denim Jacket Vintage Washed Lapel Multiple Pockets Outerwear,Blue,XL
Sold by: ZunHuaShiDaHaoShangMaoYouXianGongSi
$70.73

Track package
Cancel items
Write a product review
Change Payment Method

**Pick up where you left off** See more | Page 1 of 8

DEF NO.: 19, STORENAME: yangcollect888 

STOREURL: instagram.com/yangcollect888/?hl=en

| | |
|---|---|
| 356,701 | |
| 1,140,011 1,124,018 1,130,486 4,660,979 | LEVI'S |
| 1,140,853 | |
| 1,095,986 | |
| 1,030,033 | |
| 1,044,246 | |
| 4,576,208 | |
| 2,320,789 | |
| 516,561 | |

DEF NO.: 19, STORENAME: yangcollect888

STOREURL: instagram.com/yangcollect888/?hl=en




No Service
12:48 PM
45%
Posts
yangcollect888
yangcollect888
yangcollect888 · Original audio
LEVI STRAUSS & CO.
ORIGINAL RIVETED
QUALITY CLOTHING
PATENTED
1


No Service
12:49 PM
45%
2
+86 173 5942 3078
yangcollect888
yangcollect888 · Original audio
How much are these?
4:04 PM
Glad seeing you here my friend
9:58 PM
It's 139 usd shipped, best top level
9:58 PM
Which size you need.
9:58 PM

No Service 12:46 PM 48%

# You sent $139.00 to 泽楷 杨

We'll let 泽楷 know right away that you sent money. You can see the details in your Activity in case you need them later.

| | |
|---|---|
| Amount | $139.00 USD |
| PayPal fee ⓘ | $9.32 USD |
| You pay | $148.32 USD |
| 447680666@qq.com gets | $139.00 USD |
| Estimated delivery | May 13, 2026 |

Note: The recipient can send or spend the full amount on this date. If the recipient wishes to withdraw money, limits may apply.

Done

Send More


No Service
12:49 PM
45%
2
+86 173 5942 3078
You sent $139.00 to 泽楷 杨
We'll let 泽楷 know right away that you sent money. You can see the details in your Activity in case you need them later.
Amount $139.00 USD
PayPal fee $9.32 USD
You pay $148.32 USD
447680666@qq.com gets $139.00 USD
Estimated delivery May 13, 2026
Note: The recipient can send or spend the full amount on this date. If the recipient wishes to withdraw money, limits may apply.
Done
12:46 PM
Please send to:
Name: Wes Reynolds
Address: 200 W Madison St Suite 2100
City: Chicago
State: IL
Country: USA
Zip: 60606
Phone: 312-618-7102
12:48 PM

| | |
|---|---|
| 356,701 | |
| 1,140,011 1,124,018 1,130,486 4,660,979 | LEVI'S |
| 1,140,853 | |
| 1,095,986 | |
| 1,030,033 | |
| 1,044,246 | |
| 1,135,196 | |
| 4,576,208 | |
| 2,320,789 | |
| 516,561 | |
| 849,437 | |
| 250,265 | |

DEF NO.: 20, STORENAME: zoekicks717 
STOREURL: instagram.com/zoekicks717/?hl=en

No Service 11:36 AM 63%

**Posts**
zoekicks717

zoekicks717 •••




2

STOREURL: instagram.com/zoekicks717/?hl=en




LEVI'S

DEF NO.: 20, STORENAME: zoekicks717

STOREURL: instagram.com/zoekicks717/?hl=en



No Service 11:35 AM 61%

# You sent $138.00 to 惠珠 吴

We'll let 惠珠 know right away that you sent money. You can see the details in your Activity in case you need them later.

| | |
|---|---|
| Amount | $138.00 USD |
| PayPal fee ⓘ | $9.29 USD |
| You pay | $147.29 USD |
| zoekick@163.com gets | $138.00 USD |
| Estimated delivery | May 22, 2026 |

Note: The recipient can send or spend the full amount on this date. If the recipient wishes to withdraw money, limits may apply.

Done

Send More


No Service
11:36 AM
63%
31
+86 156 5928 6973
online
You sent $138.00 to 惠珠 吴
We'll let 惠珠 know right away that you sent money. You can see the details in your Activity in case you need them later.
Amount $138.00 USD
PayPal fee $9.29 USD
You pay $147.29 USD
zoekick@163.com gets $138.00 USD
Estimated delivery May 22, 2026
Note: The recipient can send or spend the full amount on this date. If the recipient wishes to withdraw money, limits may apply.
Done
11:35 AM
Please send to:
Name: Penn Reynolds
Address: 200 W Madison St Suite 2100
City: Chicago
State: IL
Country: USA
Zip: 60606
Phone: 312-618-7102
1
11:35 AM

| | |
|---|---|
| 356,701 |  |


2026 popular backpack washed
Ask Gemini
temu.com/2026-popular-backpack-washed-backpack-womens-retro-distressed-jacket-design-co...
Free shipping
Excludes local items
Delivery guarantee
Refund for any issues
Get the Temu App
Sell on Temu
Join Now
Best-Selling Items
5-Star Rated
Local Warehouse
Categories
denim
Orders & Account
Support
English
Home › Bags & Luggage › Women's Backpacks & Bookbags › 2026 Popular Backpack Wash...
No import charges
2026 Popular Backpack Washed Backpack, Women's Retro Distressed Jacket Design, Commuting Backpack, Birthday Gift, Date Gift
Sold by
$49.63
Est. $0.00 after applying credit to $36.79
25% OFF
ALMOST SOLD OUT
Free shipping | $5.00 Credit for delay
Color: Blue
Navy Color
Blue
Qty 1
Add to cart
One-Click Pay
$0.00 est. after $36.79 credit
Add items with One-Click Pay
FREE Shipping | Ship to 200 W Madison St, STE 2100 F7 CHICAGO, IL 60606...
Free shipping for this item
Standard: FREE, fast delivery: 11-14 business days
Safe payments · Secure privacy
Order guarantee
Free returns
Best price guarantee
$5.00 Credit for delay
Return if item damage
Oletty
4 Followers | 29 Sold | 5 ★
Follow
Shop all items (72)
Product details
Save | Report issue
Pattern
Plaid
Material
Denim
Embellishment
Button
Messages
Feedback

DEF NO.: 21, STORENAME: Oletty

STOREURL: temu.com/mall.html?mall_id=634418229722336



DEF NO.: 21, STORENAME: Oletty



STOREURL: temu.com/mall.html?mall_id=634418229722336



DEF NO.: 21, STORENAME: Oletty 87
STOREURL: temu.com/mall.html?mall_id=634418229722336

Receipt

temu.com/bgt_order_receipt.html?parent_order_sn=PO-211-06060353334393716&_x_sessn_id=2...

Ask Gemini

- Your orders
- Your reviews
- Your profile
- Coupons & offers
- Credit balance
- Followed stores
- Browsing history
- Addresses
- Country/Region & Language
- Your payment methods
- Account security
- Permissions
- Notifications

## Receipt

Print receipt

All data is safeguarded >

TEMU

To prevent excess packaging waste, we do not include paper receipts. However, you can always print one out for your records.

**Order summary**

| | |
|---|---|
| Order ID: | PO-211-06060353334393716 |
| Order time: | Jun 10, 2026 |
| Item(s) total: | ~~$49.63~~ |
| Item(s) discount: | -$12.84 |
| Subtotal: | $36.79 |
| Shipping: | FREE |
| Sales tax: | $3.77 |
| Order total: | **$40.56** |

**Shipping address**

Sasha Mann +1 (740)297-0780 , 200 W Madison St, STE 2100 F8, CHICAGO, IL 60606, United States

**Payment method**

Temu is committed to protecting your payment information. We follow PCI DSS standards, use strong encryption, and perform regular reviews of its system to protect your privacy.

VISA Visa ...6165 $40.56
Paid on Jun 10, 2026

Billing address: Greer Burns Crain LTD +1 (740)297-0780, 200 W MADISON ST STE 2100, CHICAGO, IL 60606, United States

**Item details (1)**



2026 Popular Backpack Washed Backpack, Wom... $36.79
Navy Color ×1

By Oletty

DEF NO.: 22, STORENAME: suro shopping 
STOREURL: temu.com/mall.html?mall_id=634418229209985

| | |
|---|---|
| 356,701 |  |



DEF NO.: 22, STORENAME: suro shopping 89
STOREURL: temu.com/mall.html?mall_id=634418229209985



DEF NO.: 22, STORENAME: suro shopping



STOREURL: temu.com/mall.html?mall_id=634418229209985

Receipt

Ask Gemini

temu.com/bgt_order_receipt.html?parent_order_sn=PO-211-06060356278393716&_x_sessn_id=2...

- Your orders
- Your reviews
- Your profile
- Coupons & offers
- Credit balance
- Followed stores
- Browsing history
- Addresses
- Country/Region & Language
- Your payment methods
- Account security
- Permissions
- Notifications

## Receipt

Print receipt

All data is safeguarded >

TEMU

To prevent excess packaging waste, we do not include paper receipts. However, you can always print one out for your records.

### Order summary

| | |
|---|---|
| Order ID: | PO-211-06060356278393716 |
| Order time: | Jun 10, 2026 |
| Item(s) total: | $25.45 |
| $1.03 off $10.31+ store coupon: | -$1.03 |
| Temu's exclusive discount for specific item: | -$0.95 |
| Subtotal: | $23.47 |
| Shipping: | FREE |
| Sales tax: | $2.41 |
| Order total: | $25.88 |

### Shipping address

Saturnina Mann +1 (740)297-0780 , 200 W Madison St, STE 2100 F9, CHICAGO, IL 60606, United States

### Payment method

Temu is committed to protecting your payment information. We follow PCI DSS standards, use strong encryption, and perform regular reviews of its system to protect your privacy.

VISA Visa ...6165 $25.88

Paid on Jun 10, 2026

Billing address: Greer Burns Crain LTD +1 (740)297-0780, 200 W MADISON ST STE 2100, CHICAGO, IL 60606, United States

### Item details (5)



Women's Denim Tote Bag Suitable for Shopping... $5.09

After promos applied: $4.7 ×5

13.78X15.75inch

By suro shopping

| | |
|---|---|
| 356,701 |  |


retro denim inspired details 2 p
Ask Gemini
temu.com/retro-denim-inspired-details-2-printing-tote-bag-fixed-shoulder-straps-durable-suitable-fo...
Free shipping
Excludes local items
Delivery guarantee
Refund for any issues
Get the Temu App
Best-Selling Items
5-Star Rated
Local Warehouse
Categories
denim
Orders & Account
Support
English
2D Flat
Retro Denim-Inspired Details 2D Digital Printing Tote Bag, Fixed Shoulder Straps, Durable, Suitable for Daily Shopping, Daily Tote Bag | Vivid Tote Bag | Canvas, Christmas, Halloween, New Year'S Gift, Birthday Gift
7 sold | Sourced from
$6.31 Est. $0.00 after applying promos & credit to $4.99
33% OFF
ALMOST SOLD OUT
Free shipping
$5.00 Credit for delay
Size: 13.78X15.75inch
Qty 1
Add to cart
One-Click Pay $0.00
Add to this order with FREE SHIPPING and enjoy $0.82 OFF!
Free shipping for this item
Safe payments · Secure privacy
Order guarantee
1 review 5.0
All reviews are from verified purchases
Recommended
Most recent
it's nice, easy to carry, I like it
See all reviews
ZHIHUAXIA Shop
54 Followers 21K+ Sold 4.7
Follow
All items (23K+)
Product details
Save | Report issue
Shape
Square
Material
Polyester
Printing Type
Allover print
See all details and dimensions
Store Information

DEF NO.: 23, STORENAME: ZHIHUAXIA Shop 

STOREURL: temu.com/mall.html?mall_id=634418227796569



DEF NO.: 23, STORENAME: ZHIHUAXIA Shop 93
STOREURL: temu.com/mall.html?mall_id=634418227796569

Receipt

Ask Gemini

temu.com/bgt_order_receipt.html?parent_order_sn=PO-211-06060396147833716&_x_sessn_id=2ywm...

Your orders
Your reviews
Your profile
Coupons & offers
Credit balance
Followed stores
Browsing history
Addresses
Country/Region & Language
Your payment methods
Account security
Permissions
Notifications

## Receipt

Print receipt

All data is safeguarded >

TEMU

To prevent excess packaging waste, we do not include paper receipts. However, you can always print one out for your records.

**Order summary**

| | |
|---|---|
| Order ID: | PO-211-06060396147833716 |
| Order time: | Jun 10, 2026 |
| Item(s) total: | ~~$31.55~~ |
| Item(s) discount: | -$6.60 |
| Temu's exclusive discount for specific item: | -$4.10 |
| Subtotal: | $20.85 |
| Shipping: | FREE |
| Sales tax: | $2.14 |
| Order total: | **$22.99** |

**Shipping address**

**Sau Mann +1 (740)297-0780 , 200 W Madison St, STE 2100 F10, CHICAGO, IL 60606, United States**

**Payment method**

Temu is committed to protecting your payment information. We follow PCI DSS standards, use strong encryption, and perform regular reviews of its system to protect your privacy.

VISA Visa ...6165 $22.99
Paid on Jun 10, 2026

Billing address: Greer Burns Crain LTD +1 (740)297-0780, 200 W MADISON ST STE 2100, CHICAGO, IL 60606, United States

**Item details (5)**



Retro Denim-Inspired Details 2D Digital Printing... $4.99
After promos applied: $4.17 ×5
13.78X15.75inch

By ZHIHUAXIA Shop